# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JOHN LANDRY**                                                      **PLAINTIFF**

**v.**                                                        **CAUSE NO. 1:19CV556-LG-RHW**

**MARK RAY and CUSTOM**
**CONSULTING & PRODUCT**                                          **DEFENDANTS**
**SERVICES, LLC**

## JUDGMENT

In accordance with the Court's Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendants. Plaintiff's claims against the defendants are **DISMISSED** without prejudice.

**SO ORDERED AND ADJUDGED** this the 26th day of September, 2019.

                                                 s/ *Louis Guirola, Jr.*
                                                 LOUIS GUIROLA, JR.
                                                 UNITED STATES DISTRICT JUDGE